IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE CO., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 24-cv-473 |
| | ) |
| WALMART, INC., CBRE, INC., and ANTONIO BROADWAY, | ) ) |
| | ) |
|     Defendants. | ) |

## SECOND JOINT STATUS REPORT

Westfield Insurance Co., by and through its attorneys Esp Kreuzer Cores, LLP; and Walmart, Inc. as well as CBRE, Inc., by and through their attorneys Clausen Miller, P.C.; for the Second Joint Status Report, state:

1. Antonio Broadway, Walmart, Inc., CBRE, Inc., and Arctic Snow & Ice Control, Inc. have signed a mutual release and settlement agreement. The settlement agreement includes a confidentiality provision.

2. The settlement neutralizes any present case in controversy from existing between the parties.

3. The parties anticipate within the next 30 days causing this declaratory judgment lawsuit to be dismissed with prejudice pursuant to the mutual release and settlement agreement in the underlying claim.

| | |
|---|---|
| /s/ *Jeffrey S. Barger* | /s/ *Brannon J. Simmons* |
| ESP KREUZER CORES LLP | CLAUSEN MILLER P.C. |
| 400 S. County Farm Road, Suite 200 | 10 S. La Salle Street, Suite 1600 |
| Wheaton, Illinois 60187 | Chicago, Illinois 60603 |
| (630) 871-1002; ARDC #6274517; our file 1.10545K | (312) 855-1010; ARDC #6336768 |
| jbarger@ekclawfirm.com; lmurphy@ekclawfirm.com | bsimmons@clausen.com |
| *Westfield Insurance Company* | *Walmart, Inc. and CBRE, Inc.* |

**Certificate of Service**

    The undersigned certifies that he caused this Initial Status Report to be filed electronically via the ECF Filing system on this 9th day of May, 2024, which will serve all parties that have appeared.

                                              */s/ Jeffrey S. Barger*