IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTFIELD INSURANCE CO., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 24-cv-473 |
| WALMART, INC., CBRE, INC., and ANTONIO BROADWAY, | ) ) ) ) |
| Defendants. | ) |

**STIPULATION TO DISMISS**
**PURSUANT TO SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED that WESTFIELD INSURANCE COMPANY, WALMART, INC., and CBRE, INC., by their respective attorneys, will cause all of the claims that they filed in case no. 24-cv-473, to be dismissed with prejudice, without costs to either party, all costs having been paid.

IT IS FURTHER STIPULATED AND AGREED that an order pursuant to the foregoing may be entered of record without further notice to either party, upon the presentation of this Stipulation.

IT IS FURTHER STIPULATED AND AGREED that said dismissal shall be a bar to the bringing of any action based on or including the claims for which this cause has been brought.

Plaintiff caused Defendant, ANTONIO BROADWAY, to be served with summons and the complaint for declaratory judgment on February 17, 2024. [4]. To date, ANTONIO BROADWAY, has not filed an appearance or responsive pleading.

WHEREFORE, the parties hereto pray that the court will enter an order dismissing all claims that WESTFIELD INSURANCE COMPANY, WALMART, INC., and CBRE, INC. filed in case no. 24-cv-473 with prejudice.

| | |
|---|---|
| /s/ *Jeffrey S. Barger* | /s/ *Brannon J. Simmons* |
| ESP KREUZER CORES LLP | CLAUSEN MILLER P.C. |
| 400 S. County Farm Road, Suite 200 | 10 S. La Salle Street, Suite 1600 |
| Wheaton, Illinois 60187 | Chicago, Illinois 60603 |
| (630) 871-1002; ARDC #6274517; our file 1.10545K | (312) 855-1010; ARDC #6336768 |
| jbarger@ekclawfirm.com; lmurphy@ekclawfirm.com | bsimmons@clausen.com |
| *Westfield Insurance Company* | *Walmart, Inc. and CBRE, Inc.* |

**Certificate of Service**

      The undersigned certifies that he caused this Stipulation to Pursuant to Settlement Agreement to be filed electronically via the ECF Filing system on this 15th day of May, 2024, which will serve all parties that have appeared.

                                                    /s/ *Jeffrey S. Barger*